IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD JAMES HAMILTON, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15–cv–01996 |
| | § | **DEATH PENALTY CASE** |
| BOBBY LUMPKIN, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| Respondent. | § | |

**RESPONDENT LUMPKIN'S FIRST UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PETITIONER HAMILTON'S MOTION FOR AN EVIDENTIARY HEARING WITH BRIEF IN SUPPORT**

This is a federal habeas proceeding brought by Ronald James Hamilton. The Court recently reopened the case following a stay to allow Hamilton to exhaust his state court remedies with respect to claims raised in his original petition. ECF No. 47. On April 26, 2021, Hamilton filed a motion to amend and an amended petition. ECF Nos. 50 & 51. Hamilton also filed a motion seeking an evidentiary hearing. ECF No. 52. Under the local rules, the Director's response to this motion is due on May 17, 2021.

However, the Director would respectfully request that the Court allow him to carry his response to Hamilton's motion for an evidentiary hearing with his answer. The Director believes that this course of action will aid the Court's examination of Hamilton's motion by allowing it to consider both parties' full

amended briefing on Hamilton's claims before making any ruling. It also permits the Director to conserve his resources by responding to the Hamilton's requests all at once rather than piecemeal.

Moreover, the Director notes that Hamilton's amended petition is 241 pages long. ECF No 50. There are lengthy appendices. ECF No. 50-1. The state court records are voluminous. The undersigned will thus require additional time to review the relevant documents and formulate a response while simultaneously managing the other matters and deadlines on his docket.

## CONCLUSION

For the foregoing reasons, the Director respectfully requests that the Court carry this motion response with the Director's amended answer and extend the time for the Director to file his response until July 25, 2021.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

s/ Stephen M. Hoffman
*Attorney-in-charge     *STEPHEN M. HOFFMAN
Assistant Attorney General
Texas Bar No. 24048978
Southern District Bar No. 602073
P. O. Box 12548, Capitol Station
Austin, Texas 78711
Tel: (512) 936-1400
Fax: (512) 320-8132
Email: Stephen.Hoffman@oag.texas.gov

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I do hereby certify that on May 7th, 2021, Jonathan Landers, counsel for petitioner, stated via email that he was unopposed to the requested extension.

/s/ Stephen M. Hoffman  
STEPHEN M. HOFFMAN  
Assistant Attorney General

## CERTIFICATE OF SERVICE

I do hereby certify that on May 7th, 2021, I electronically filed the foregoing pleading with the Clerk of the Court for the United States District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" to the following attorneys of record, who consented in writing to accept this Notice as service of this document by electronic means:

Jonathan Landers, Esq.
2817 W. TC Jester, Ste. M
Houston, TX 77018
Phone: (713) 685-2000
Fax: (713) 685-5020
Email: jlanders.law@gmail.com

&

Bryan Garris, Esq.
300 Main St., Ste. 300
Houston, TX 77002
Phone: (713) 655-9000
Fax: (713) 655-1812
Email: bryan@txdefense.net

                        s/ Stephen M. Hoffman
                        STEPHEN M. HOFFMAN
                        Assistant Attorney General