UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD JAMES HAMILTON, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-1996 |
| | § | |
| BOBBY LUMPKIN, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner Ronald James Hamilton has filed a Motion to Amend Initial Petition for Writ of Habeas Corpus. (Docket Entry No. 51). Respondent Bobby Lumpkin does not oppose the motion. (Docket Entry No. 53). Accordingly, the Court **GRANTS** Hamilton's motion.

The Clerk will provide copies of this Order to the parties.

SIGNED on May 7, 2021 at Houston, Texas.



ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE