UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RONALD JAMES HAMILTON, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 4:15-CV-1996 |
| § | |
| BOBBY LUMPKIN, § | |
| § | |
| Respondent. § | |

## ORDER

Texas death row inmate Ronald Hamilton seeks federal habeas corpus relief. This Court previously stayed and administratively closed this case pending the Supreme Court's decision *Shinn v. Ramirez*, 142 S. Ct. 1718 (2022). (Docket Entry No. 70). Pursuant to that order, Hamilton now moves the Court to reopen this case and asks for additional time to file an amended motion for evidentiary hearing or a memorandum discussing the applicability of *Ramirez* to his case. (Docket Entry No. 71).

The Court **GRANTS** Hamilton's motion. The Court directs the Clerk to **REPOPEN THIS CASE**. Hamilton may file additional briefing relevant to the *Ramirez* opinion by **July 22, 2022**. The Respondent may file any reply briefing within 30 days of Hamilton's additional briefing.

The Clerk will provide copies of this Order to the parties.

SIGNED on _____JUN 2 2 2022_____ at Houston, Texas.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE