IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RONALD JAMES HAMILTON, § | |
|    *Petitioner*, § | |
| § | |
| v. § | Civil Action No. 4:15-cv-01996 |
| § | **DEATH PENALTY CASE** |
| ERIC GUERRERO, Director, § | |
| Texas Department of Criminal § | |
| Justice, Correctional Institutions § | |
| Division, § | |
|    *Respondent*. § | |

**RESPONDENT GUERRERO'S NOTICE OF APPEARANCE**

This is a federal habeas corpus proceeding initiated by Petitioner Ronald James Hamilton, a death-sentenced Texas inmate. The undersigned attorney hereby enters this appearance of lead counsel on behalf of Respondent and respectfully requests that all future pleadings, orders, and other correspondence be served on him at the address below.

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    BRENT WEBSTER
    First Assistant Attorney General

    JOSH RENO
    Deputy Attorney General
    for Criminal Justice

    TOMEE M. HEINING
    Chief, Criminal Appeals Division

|  |  |
|---|---|
| *Lead Counsel | s/ Lucas Wallace |
|  | LUCAS WALLACE* |
|  | Assistant Attorney General |
|  | State Bar No. 24139048 |
|  | Southern I.D. No. 3886067 |
|  |  |
|  | P. O. Box 12548, Capitol Station |
|  | Austin, Texas 78711 |
|  | (512) 936-1400 |
|  | (512) 936-1280 (FAX) |
|  | Email: Lucas.wallace@oag.texas.gov |
|  |  |
|  | ATTORNEYS FOR RESPONDENT |

## CERTIFICATE OF SERVICE

I do hereby certify that on April 3, 2025, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

Bryan William Lee Garris
Law Offices of Bryan Garris
9800 Northwest Freeway
Suite 305
Houston, TX 77092
Email: garrisb@gmail.com

Jonathan D Landers
Jonathan Landers Attorney at Law
1018 Preston St., Floor 8
Houston, TX 77002
Email: JLanders.Law@gmail.com

                                                  s/ Lucas Wallace
                                                  LUCAS WALLACE
                                                  Assistant Attorney General